# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IAN WEBB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REJOICE DELIVERS LLC, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-07221-BLF<br><br>**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANTS** |

Defendants are hereby ORDERED TO SHOW CAUSE, in writing and by October 4, 2024, why default should not be entered against them for failure to answer or otherwise respond to Plaintiff's operative pleading.

**IT IS SO ORDERED.**

Dated: September 24, 2024

_____
BETH LABSON FREEMAN
United States District Judge